UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Michael Anthony Bowman | : Bankruptcy No:  26-10310-amc |
| | : |
| Debtor | : Chapter 13 |

## O R D E R

**AND NOW,** this __18th__ day of _____June_____, 2026, upon

consideration of the Debtor's Praecipe to Withdraw Petition and Dismiss Case filed by Debtor,

upon notice to all interested parties, and any response, it is hereby

**ORDERED**

1. Case is dismissed without prejudice.

BY THE COURT:

Honorable Ashely M Chan
United States Bankruptcy Judge